IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| TOMAS JHONNY CAMPOS RIOS,       )<br>                                )<br>            Plaintiff,          )<br>V.                              )     Civil Action No. 1:15CV1532<br>                                )<br>SWEET HOME IMPROVEMENTS, INC., )<br>et al.,                         )<br>            Defendants.        )<br>                                ) | |

## ORDER

It appearing to the Court that the Defendants are in default, it is hereby

ORDERED that Plaintiff obtain a default from the Clerk pursuant to F. R. Civ. P. 55(a). The Plaintiff is to file a motion for default judgment and an accompanying memorandum setting forth the factual and legal support for findings that (a) this Court has subject matter and personal jurisdiction, including how each defaulting defendant was served and why that service was proper; (b) the complaint alleges facts establishing all the necessary elements of one or more claims which relief can be granted; and (c) plaintiffs can receive the damages and any other relief sought, with specific references to affidavits, declarations, or other evidence supporting such relief, and it is

FURTHER ORDERED that Plaintiff file a Notice setting the hearing on the motion for default judgment for 10:00 a.m. on Friday, February 5, 2016 before the magistrate judge to whom this action is referred, and mail copies of the notice, motion, and memorandum to each defaulting defendant at that defendant's last known address, certifying the same to the Court.

The Clerk is DIRECTED to forward a copy of this Order to counsel of record and to defendants at the address listed in the case file.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
January 8, 2016