**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| TOMAS JHONNY CAMPOS RIOS | : | |
| | : | Civil Action No. 1:15-CV-1532 CMH/JFA |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SWEET HOME IMPROVEMENTS, INC. ET AL. | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE, that on Friday, February 5, 2016 at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff, Tomas Jhonny Campos Rios will present the Court with argument and ex-parte proof in support of his Rule 55(b)(2) Motion for Entry of Default Judgment and Award of Attorneys' Fees and Costs, as to Defendants, Sweet Home Improvement, Inc. and Miae Koo filled herewith.

                                              Respectfully submitted,

                                              STEIN SPERLING BENNETT
                                              DE JONG DRISCOLL PC

By:      /s/ *Mary Craine Lombardo*
           Mary Craine Lombardo (77768)
           25 West Middle Lane
           Rockville, Maryland 20850
           (301) 340-2020
           (301) 354-8126 – fax
           mlombardo@steinsperling.com

*Attorneys for Plaintiff*

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

4411554_1

CERTIFICATE OF SERVICE

     I hereby certify that on the 29th day of January, 2016, a copy of the foregoing was mailed, first-class, postage pre-paid to the following person(s):

     Sweet Home Improvements, Inc.
     c/o Miae Koo, Resident Agent
     7700 Little River Turnpike, #103
     Annandale, Virginia 22003

     Miae Koo
     7700 Little River Turnpike, #103
     Annandale, Virginia 22003

           /s/ *Mary Craine Lombardo*
           Mary Craine Lombardo

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

4411554_1